**ST. JAMES REALTY AND DEPARTMENT STORE COMPANY, a corporation, v. MINNIE C. WHALEY.**

26 So. (2nd) 725                          June Term, A. D. 1946
June 21, 1946                             Division A
Rehearing denied July 30, 1946

*Osborne, Copp & Markham* and *J. Henson Markham,* for appellant.

*Will O. Murrell,* for appellee.

PER CURIAM:

The record and the briefs in this cause have been examined, and the judgment appealed from is affirmed on authority of Winn & Lovett Grocery Company v. Luke, 156 Fla. 638, 24 So. (2nd) 310, and similar cases.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.